## 17347.  HARVEY v. LONG CIGAR & GROCERY COMPANY.

JENKINS, P. J.  Where a judgment in favor of a claimant was reversed by the appellate court, and the judgment of that court was made the judgment of the court below, and an execution for the costs incurred in the proceeding in the appellate court was issued against the claimant and the sureties on the forthcoming bond, the fact that the judgment on the remittitur included the sureties as liable with the claimant for such costs did not render that judgment and the execution founded thereon illegal so far as the claimant was concerned. *Ray* v. *Atlanta Banking Co.,* 110 *Ga.* 305 (6) (35 S. E. 117).  Accordingly, on the trial of an affidavit of illegality interposed to a levy of the execution upon the property of the claimant, the court correctly held that the execution was proceeding legally so far as the claimant was concerned.

Nor was the levy under such an execution, issued in the name of the plaintiff for the use of officers of court, subject to be arrested by affidavit of illegality on account of its being made to appear that the attorney for the plaintiff had advanced the costs incurred in the appellate court.  Civil Code (1910), § 6210.

The ground that the execution was proceeding illegally for the reason that it appeared that the appellant had not actually paid the costs is without

Costs, 15 C. J. p. 311, n. 94 New; p. 313, n. 39 New.

merit, especially since the execution was on its face proceeding for the benefit of the officers.

*Judgment affirmed. Stephens and Bell, JJ., concur.*

DECIDED OCTOBER 13, 1926.

Affidavit of illegality of execution; from city court of Oglethorpe —Judge Greer. February 23, 1926.

*J. J. Bull & Son,* for plaintiff in error.

*Jule W. Felton,* contra.